No. 94–20. PACIFIC NORTHWEST VENISON PRODUCERS ET AL. *v.* SMITCH, DIRECTOR OF WASHINGTON DEPARTMENT OF WILDLIFE, ET AL. C. A. 9th Cir. Motion of North American Elk

Breeders Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮